## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01146-REB-KMT

JONATHAN WOODSTOCK,

 Plaintiff,

v.

KATHLEEN BOYD,
MS. SPANOZI,
MR. HODGE,
MS. MARTIN,
SHARRON PHILLIPS,
PAUL LARSON, and
CAROL BROWN,

 Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of United States Magistrate Judge** [#50] entered by Judge Robert E. Blackburn on March 17, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the Recommendation of United States Magistrate Judge [#43] filed February 6, 2014, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the Recommendation of United States Magistrate Judge [#49] filed February 25, 2014, is **APPROVED** and **ADOPTED** as an order of this court;

3. That under F<small>ED</small>. R. C<small>IV</small>. P. 12(b)(6), **Defendant Betty Spinuzzi's Motion to**

**Dismiss Plaintiff's Complaint** [#23] filed Aug. 9, 2013, is **GRANTED**;

4. That under FED. R. CIV. P. 12(b)(1) and (b)(6), the **Motion To Dismiss Plaintiff's Amended Complaint** [#28] filed by defendants Boyd, Hodge, Phillips, Larson, and Brown on September 9, 2013, is **GRANTED**;

5. That under FED. R. CIV. P. 12(b)(6), the claims against Kathleen Boyd, Ms. Spinuzzi (named in the complaint as Ms. Spanozi), Mr. Hodge, Sharron Phillips, Paul Larson, and Carol Brown, are **DISMISSED** with prejudice;

6. That under FED. R. CIV. P. 4(m), the claims against the defendant named as "Ms. Martin," are **DISMISSED** without prejudice;

7. That under FED. R. CIV. P. 58, judgment **IS ENTERED** in favor of the defendants, Kathleen Boyd, Ms. Spinuzzi (named in the complaint as Ms. Spanozi), Mr. Hodge, Ms. Martin, Sharron Phillips, Paul Larson, and Carol Brown, against the plaintiff, Jonathan Woodstock; and

8. That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 17th day of March, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
    Kathleen Finney
    Deputy Clerk